## Rementer *v.* Philadelphia, Appellant (No. 2).

OPINION BY BEAVER, J., December 20, 1909:

The judgment in this case was entered upon a verdict rendered by the jury in the same case in which a verdict was rendered and judgment entered for the husband. In that case an opinion has this day been filed (ante, p. 354) and, for the reasons therein stated, the judgment here is likewise affirmed.

Judgment affirmed.

MORRISON and PORTER, JJ., dissent.